■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DERRICK BRANCH and DAVID JOHNSON, Respondents.—Order unanimously affirmed and indictment dismissed. Memorandum: We affirm for reasons stated in the decision of Erie County Supreme Court (Rossetti, J.). We add only that the recent decision of the Second Circuit Court of Appeals in *United States v Montilla* (928 F2d 583), does not compel a contrary result. (Appeal from Order of Supreme Court, Erie County, Rossetti, J.—Suppress Evidence.) Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ. *[See,* 151 Misc 2d 498.]